UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **Lucas B. Stone, et al.,** : | |
| **Plaintiffs,** : | |
| : | **Case No. 3:04cv18 (JBA)** |
| **v.** : | |
| : | |
| **Town of Westport, et al.,** : | |
| **Defendants.** : | |

## ORDER OF DISMISSAL

Inasmuch as plaintiff has advised that he will not be appearing at jury selection or trial for the last remaining claim in this case for the reasons he set out on the record of 2/26/07, this action is DISMISSED with prejudice pursuant to Fed. R. Civ. P. 41(b). The Clerk is directed to CLOSE this case.

IT IS SO ORDERED.

/s/
Janet Bond Arterton
United States District Judge

**Dated at New Haven, Connecticut this 26th day of February, 2007.**